BTXN 027 (rev. 04/26)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| MCITBE LLC | § | Case No.:   26–32580–11 |
| | § | Chapter No.:   11 |
| Debtor(s) | § | |

Dear Mark Yablon:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

☐ Case Status

☐ An Order in resolution of

☐ A Notice of Hearing on

☑ An Amendment or Correction to a filing as follows Please refile the petition to include an answer to question #11

☐ The following additional Filing:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 7 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  6/10/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Julia Elizabeth Sikes, Deputy Clerk
Julia_Sikes@txnb.uscourts.gov