Kyle Woodard (SBOT 24102661)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Email: kwoodard@krcl.com

Jim D. Aycock (SBOT 24034309)
**THE AYCOCK LAW FIRM, PLLC**
5850 San Felipe St., Suite 500, #1020
Houston, Texas 77057
Telephone: 254-253-5460
Email: jim@aycock.law

***Counsel for Security State Bank & Trust***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 26-32580-mvl11 |
| **MCITBE LLC**, | § | |
| Debtor. | § | Chapter 11<br>(Subchapter V) |

**NOTICE OF HEARING ON**
**SECURITY STATE BANK & TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY LOCATED AT 2232 SWIFT BLVD., HOUSTON, TEXAS 77030**
**[Re: ECF #22]**

PLEASE TAKE NOTICE that a preliminary hearing will be held on the following matter on **August 4, 2026, at 1:30 p.m.**, prevailing Central Time, before the Honorable Michelle V. Larson, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division:

- *Security State Bank & Trust's Motion for Relief from the Automatic Stay as to Real Property Located at 2232 Swift Blvd., Houston, Texas 77030* [ECF #22] (the "Motion")

PLEASE TAKE FURTHER NOTICE that the hearing will be conducted by WebEx videoconference. Parties may attend the hearing using the following information:

**For WebEx Video Participation/Attendance**:
Link: https://us-courts.webex.com/meet/larson
Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance**:
Dial-In: 1-650-479-3207
Meeting ID: 2301 476 1957

Parties should review the WebEx Instructions on Judge Larson's webpage prior to the hearing (https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates).

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Motion must be filed with the Court no later than **July 31, 2026**.

DATED: July 21, 2026

Respectfully submitted,

*/s/ Kyle Woodard*

Kyle Woodard (SBOT 24102661)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Email: kwoodard@krcl.com

- and -

Jim D. Aycock (SBOT 24034309)
**THE AYCOCK LAW FIRM, PLLC**
5850 San Felipe St., Suite 500, #1020
Houston, Texas 77057
Telephone: (254) 253-5460
Email: jim@aycock.law

***Counsel for Security State Bank & Trust***

## CERTIFICATE OF SERVICE

This is to certify that on July 21, 2026, a true and correct copy of this Notice was filed with the Court and served: (i) via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case; and (ii) via e-mail or first-class mail, postage prepaid, upon the following parties:

***Parties served via first-class mail, postage prepaid***:

MCITBE LLC
2232 Swift Blvd
Houston, TX 77030

Shahnaz Choudhri
11511 Gallant Ridge Ln
Houston, TX 77082

Harris County Attorney's Office
Attn: Property Tax Division
PO Box 2848
Houston, TX 77252-2848

Cleanair Lawncare
PO Box 925867
Houston, TX 77292

Naegeli Deposition & Trial
111 SW 5th Ave, Ste 2020
Portland, OR 97204

Reliant Energy
1301 McKinney St
Houston, TX 77010

***Parties served via e-mail***:

Mark P Yablon
Yablon Law PLLC
bankruptcy@yablonlaw.com

Behrooz P. Vida
The Vida Law Firm, PLLC
Behrooz@vidalawfirm.com

Leslie M. Luttrell
Luttrell + Carmody Law Group
luttrell@lclawgroup.net

Tara L. Grundemeier
Linebarger Goggan Blair & Sampson, LLP
Email: houston_bankruptcy@lgbs.com

Meredyth A. Kippes
Office of the United States Trustee
Email: meredyth.kippes@usdoj.gov

*/s/ Kyle Woodard*
Kyle Woodard